AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| Susan Durkin Laugelle | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-01080-GMS |
| Bell Helicopter Textron Inc., et al. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Rotocraft Leasing Company, LLC | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Rotocraft Leasing Company, LLC
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

    A lawsuit has been filed against defendant   Bristow & Air Logistics   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Susan Durkin Laugelle   .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
J. Scott Shannon, Esquire. Marshall Dennehey Warner Coleman & Goggin, 1220 N. Market Street, 5th Floor, Wilmington, Delaware 19899

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gary Aber, Esquire. Aber Baker & Over, 704 King Street, Suite 600. Wilmington, Delaware 19899

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: _____

                                                         *CLERK OF COURT*

                                                          *Signature of Clerk or Deputy Clerk*